# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| STANLEY SLAVEN | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 95 C 7310 |
| THE CITY OF CHICAGO,et al | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that there is no genuine issue of material fact on the claims Plaintiff, Stanley Slaven, asserts against defendants Galligan, Miedzianowski, Stack and The City of Chicago. Defendants' motion for summary judgment is, therefore, granted in its entirety. This is a final and appealable order.

**DOCKETED**

FEB 2 8 2001

Michael W. Dobbins, Clerk of Court

Date: 2/27/2001

Theresa B. Kinney, Deputy Clerk